IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DANVILLE HOSPITALITY LLC d/b/a MOTEL 6, | ) ) ) |
| Defendants. | ) ) |

**COMPLAINT FOR DECLARATORY JUDGMENT**

Now comes Plaintiff, Nautilus Insurance Company ("Nautilus"), by and through its attorney, Louis J. Manetti, Jr. of Hinshaw & Culbertson LLP, and for its Complaint for Declaratory Judgment against Defendant, Danville Hospitality LLC d/b/a Motel 6 ("Danville Hospitality"), it states as follows:

**THE PARTIES**

1. Nautilus is, and at all relevant times has been, a corporation organized under the laws of Arizona with its principal place of business in Scottsdale, Arizona. At all times relevant hereto, Nautilus was a surplus lines insurer whose policies may be sold in Illinois.

2. At all relevant times, Danville Hospitality was a limited liability company organized under the laws of Illinois with its principal place of business located in Danville, Illinois. Danville Hospitality is comprised of the following members:

    a. Ushakant "Joe" Patel ("Mr. Patel"), who, at all relevant times, was a citizen of New York.

    b. Urvashi "Tina" Patel ("Ms. Patel"), who, at all relevant times, was a citizen of New York.

## JURISDICTION

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332(a)(1) in that the citizenship of the parties is completely diverse and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. Specifically, this matter relates to an insurance policy providing in excess of $75,000 in coverage and a fire loss resulting in excess of $75,000.

## VENUE

4. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to this litigation occurred in this judicial district. Specifically, the insured property that is the subject of this lawsuit is located at 388 Eastgate Drive, Danville, Illinois 61834 ("Premises") and because the subject insurance policy was issued and delivered the Premises in Danville, Illinois.

## THE UNDERLYING LOSS

**The Premises**

5. The Premises consists of two separate and distinct buildings located at a single address, 388 Eastgate Drive, Danville, Illinois 61384.

6. The Premises operates as a Motel 6 motel franchise.

7. One of the buildings at the Premises is a U-shaped structure consisting solely of motel guest rooms (the "Motel Building").

8. The other building at the Premises (the "Restaurant Building") consisted of a former restaurant, bar, and banquet area.

9. However, on July 29, 2017, the restaurant, bar, and banquet area were not operational, and the Restaurant Building was being used primarily for storage relating to a renovation taking place at the Motel 6 motel.

301865032v1 1001076

**The July 29, 2017 Fire**

10. On July 29, 2017, a fire broke out in the Restaurant Building.

11. The cause and origin of the fire is unknown and will likely never be determined because the Restaurant Building was demolished during the fighting of the fire.

12. While the Restaurant Building and the personal property located therein were total losses in the fire, there was no fire damage to the Motel Building.

13. The fire damaged outdoor signage at the Premises.

14. Danville Hospitality subsequently submitted a claim for coverage to Nautilus seeking reimbursement for damages resulting from the fire loss, including costs and expenses associated with the damage to the Restaurant Building itself and the business personal property located therein.

## THE NAUTILUS POLICY

**Procurement of the Nautilus Policy**

15. On October 25, 2017, counsel for Nautilus Insurance Company conducted an examination under oath ("EUO") of Joe Patel. A transcript of that EUO is attached hereto as **Exhibit A.**

16. At the EUO, Mr. Patel testified that he was in charge of procuring insurance for the Premises. (Ex. A, 34:16-18.)

17. To procure the insurance, Mr. Patel retained retail insurance agent Bill Whalen of City Securities.

18. Mr. Patel further testified that Bill Whalen acted on behalf of Mr. Patel when he sought to procure insurance for the Premises. (Ex. A, 36:4-8.)

19. In procuring the insurance, Bill Whalen corresponded with wholesale broker Arlington Roe & Company ("Arlington Roe").

3

20.     On August 26, 2015, Arlington Roe provided Danville Hospitality with a Commercial Package Quote for insurance coverage. A true and correct copy of the August 26, 2015 Commercial Package Quote is attached hereto as **Exhibit B.**

21.     The August 26, 2015 Commercial Package Quote offers, among other things, a quote for commercial property insurance on two distinct buildings: (1) Building 1 is described as "388 East Gate Drive, Danville, IL 61834", with a quote offering coverage with a $2,200,000 limit for the building, a $75,000 limit for business personal property, and a $1,000 deductible; and (2) Building 2 is described as "Storage/Former Restaurant", with a quote offering coverage with a $1,800,000 limit for the building and a $1,000 deductible. The August 26, 2015 Commercial Package Quote offers a premium of $18,405 for commercial property coverage. (Ex. B, p. 3.)

22.     On information and belief, Danville Hospitality did not accept the August 26, 2015 Commercial Package Quote.

23.     On September 5, 2015, Arlington Roe provided Danville Hospitality with another Commercial Package Quote for insurance coverage. A true and correct copy of the September 5, 2015 Commercial Package Quote is attached hereto as **Exhibit C.**

24.     The September 5, 2015 Commercial Package Quote offers among other things, a quote for commercial property insurance on two distinct buildings: (1) Building 1 is described as "388 East Gate Drive, Danville, IL 61834", with a quote offering coverage with a $2,200,000 limit for the building, a $75,000 limit for business personal property, and a $5,000 deductible; and (2) Building 2 is described as "Storage/Former Restaurant", with a quote offering coverage with a $1,800,000 limit for the building and a $5,000 deductible. The September 5, 2015

Commercial Package Quote offers a premium of $15,653 for commercial property coverage. (Ex. C, p. 3.)

25. On information and belief, Danville Hospitality did not accept the September 5, 2015 Commercial Package Quote.

26. On September 10, 2015, Arlington Roe provided Danville Hospitality with another Commercial Package Quote for insurance coverage. A true and correct copy of the September 10, 2015 Commercial Package Quote is attached hereto as **Exhibit D.**

27. While the September 10, 2015 Commercial Package Quote offers commercial *liability* insurance for both the Motel Building and the Restaurant Building (see Ex. D, p. 2), it notably offers commercial property insurance for *just one building* – Building 1, described as "388 East Gate Drive, Danville, IL 61834" and offers coverage with a $2,200,000 limit for the building, $75,000 for business personal property, and a $1,000 deductible. (Ex. D, p. 3.)

28. The September 10, 2015 Commercial Package Quote offers a premium of $9,675.00 for commercial property coverage. (Ex. D, p. 3.)

29. The fact that the September 10, 2015 Commercial Package Quote offered commercial property coverage *only* for the Motel Building is supported by a September 11, 2015 email from Bill Whalen to Mr. Patel, in which Bill Whalen writes the following:

> "Hi Joe, I have the quote for the Danville hotel property and liability and then liability only on the restaurant.
>
> Do you have time early next week to meet?"
>
> (A true and correct copy of the September 11, 2015 email is attached hereto as **Exhibit E.**)

30. On information and belief, Danville Hospitality did not accept the September 10, 2015 Commercial Package Quote.

5

31. On September 17, 2015, Arlington Roe provided Danville Hospitality with another Commercial Package Quote for insurance coverage. A true and correct copy of the September 17, 2015 Commercial Package Quote is attached hereto as **Exhibit F.**

32. While the September 17, 2015 Commercial Package Quote offers commercial *liability* insurance for both the Motel Building and the Restaurant Building, it notably offers commercial property insurance for *just one building* – Building 1, described as "388 East Gate Drive, Danville, IL 61834" and offers coverage with a $2,200,000 limit for the building, $75,000 for business personal property, and a $1,000 deductible. (Ex. F, p. 3.)

33. The September 17, 2015 Commercial Package Quote offers a premium of $9,875.00 for commercial property coverage. (Ex. F, p. 3.)

34. On information and belief, Danville Hospitality did not accept the September 17, 2015 Commercial Package Quote.

35. On September 23, 2015, Arlington Roe provided Danville Hospitality with another Commercial Package Quote for insurance coverage. A true and correct copy of the September 23, 2015 Commercial Package Quote is attached hereto as **Exhibit G.**

36. While the September 23, 2015 Commercial Package Quote offers commercial *liability* insurance for both the Motel Building and the Restaurant Building, it notably offers commercial property insurance for *just one building* – Building 1, described as "388 East Gate Drive, Danville, IL 61834" and offers coverage with a $2,200,000 limit for the building, $75,000 for business personal property, and a $2,500 deductible. (Ex. G, p. 3.)

37. The September 23, 2015 Commercial Package Quote offers a premium of $9,395.00 for commercial property coverage. (Ex. G, p. 3.)

301865032v1 1001076

38.     Danville Hospitality accepted the September 23, 2015 Commercial Package Quote, which offered commercial liability insurance for the Motel Building and the Restaurant Building but offered commercial property insurance *only* for the Motel Building.  Additional coverage was provided for the outdoor signage located at the Premises.

39.     The fact that Danville Hospitality had intended to procure commercial property coverage *only* for the Motel Building was confirmed in an August 3, 2017 email from Bill Whalen to Mr. Patel, which stated the following:

> From:  Whalen, Bill
> Sent:  Thursday, August 3, 2017 12:12 PM
> To:  ushakant patel
> Cc:  Hill, Kevin
> Subject:  Danville quotes
>
> Joe here is the precession [*sic*] of quotes back in 2015 when we were first quoting the Danville property.
>
> 1.     This is the original quote with both buildings having property and liability coverage.  Property coverage for hotel for $2.2MM (location 1 bldg. 1 and Restaurant for $1.8MM (location 1 bldg. 2.  [*sic*]  At that time we used ACV to keep price down.
>
> 2.     Because of the price we increased the deductible from $1000 to $5000 but kept coverages the same.  This was 9/5/2015[.]
>
> 3.     The price was still too high so that is when it was decided to quote property coverage on the hotel only and liability on the hotel and restaurant.  The last attachment is the correspondence between you and me about that.
>
> 4.     Quotes 3 & 4 are the quotes for liability on the hotel and restaurant and property coverage on the hotel only.  The difference in the quotes was the neon sign coverage and grantor of franchise added to quote on 9/17/15.
>
> 5.     The last quote is the one that was agreed upon with the difference being this had a $2500 deductible compared to a $1000 deductible on the 9-17-15 quote.
>
> Let me know if I can be of further help,
>
> Bill Whalen

* * *

(A true and correct copy of the August 3, 2017 email is attached hereto as **Exhibit H.**)

## THE NAUTILUS POLICY

40.     Nautilus issued a multi-peril commercial lines insurance policy to Danville Hospitality LLC d/b/a Motel 6 under Policy Number NN596232 for the policy period of September 30, 2015 to September 30, 2016 ("15-16 Policy").  A true and accurate copy of the 15-16 Policy is attached hereto as **Exhibit I.**

41.     Notably, the 15-16 Policy's Commercial Property Coverage Part incorporates the exact terms set forth in the September 23, 2015 quote attached hereto as Exhibit G.  Specifically, the 15-16 Policy's Commercial Property Coverage Part provides commercial property coverage for Building 1, described as "388 East Gate Drive, Danville, Illinois 61834", provides a $2,200,000 limit of insurance for the building, a $75,000 limit of insurance for business personal property located in Building 1, incorporates a $2,500 deductible, and charges a premium of $9,395.  (See Ex. I.)

42.     Thereafter, Nautilus renewed the 15-16 Policy to Danville Hospitality LLC d/b/a Motel 6 under Policy Number NN709902 for the policy period of September 30, 2016 to September 30, 2017 ("16-17 Policy").  A true and accurate copy of the 16-17 Policy is attached hereto as **Exhibit J.**

43.     With respect to commercial property coverage, the 16-17 Policy incorporates identical terms as the 15-16 Policy.  Specifically, the 16-17 Policy's Commercial Property Coverage Part provides commercial property coverage for Building 1, described as "388 East Gate Drive, Danville, Illinois 61834", provides a $2,200,000 limit of insurance for the building, a $75,000 limit of insurance for business personal property located in Building 1, incorporates a $2,500 deductible, and charges a premium of $9,395.  (See Ex. J.)

# COUNT I

## THE 16-17 POLICY DOES NOT PROVIDE COMMERCIAL PROPERTY COVERAGE FOR THE RESTAURANT BUILDING OR THE BUSINESS PERSONAL PROPERTY LOCATED THEREIN

44. Nautilus adopts and realleges the allegations in paragraphs 1 through 43 of its Complaint for Declaratory Judgment as paragraph 44 of Count I of its Complaint for Declaratory Judgment as if fully set forth herein.

45. The 16-17 Policy provides, in pertinent part, the following with respect to the Building and Personal Property Coverage afforded therein:

### BUILDING AND PERSONAL PROPERTY COVERAGE FORM
* * *

**A.** **Coverage**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1.** **Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this Section, **A.1.,** and limited in **A.2.**, Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a.** **Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises * * *

  **(5)** If not covered by other insurance:

    **(a)** Additions under construction, alterations and repairs to the building or structure;

    **(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

 **b.** **Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property – Separation of Coverage form:

  **(1)** Furniture and fixtures;

  **(2)** Machinery and equipment;

  **(3)** "Stock";

  **(4)** All other personal property owned by you and used in your business;

  **(5)** Labor, materials or services furnished or arranged by you on personal property of others;

  **(6)** Your use interest as tenant in improvements and betterments.  Improvements and betterments are fixtures, alterations, installations or additions:

    **(a)** Made a part of the building or structure you occupy but do not own; and

    **(b)** You acquired or made at your expense but cannot legally remove;

  **(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

(*See* Ex. J.)

301865032v1 1001076

46. With respect to property off-premises, the 16-17 Policy, as modified by the Commercial Property Deluxe Extension Endorsement – Special Form, provides, in pertinent part, the following:

> **12. Property Off-Premises**
>
> a. You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:
>
> (1) Temporarily at a location you do not own, lease, or operate;
>
> (2) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or
>
> (3) At any fair, trade show or exhibition.
>
> b. This Extension does not apply to property in or on a vehicle.
>
> c. The most we will pay for loss or damage under this Extension is $15,000.

(*See* Ex. J.)

47. The 16-17 Policy's Commercial Property Coverage Part Declarations provide commercial property coverage for Building 1, described as "388 East Gate Drive, Danville, Illinois 61834". As discussed above, this description refers *only* to the Motel Building and not to the Restaurant Building.

48. The July 29, 2017 fire resulted in the loss of the Restaurant Building only.

49. The July 29, 2017 fire did not damage the Motel Building.

50. The Policy does not provide coverage for the destruction of the Restaurant Building in the July 29, 2017 fire because the Restaurant Building is not a covered property

301865032v1 1001076

under the terms of the 16-17 Policy, notwithstanding the fact that it is owned by Danville Hospitality.

51.     Nautilus has and had no duty under the 16-17 Policy to provide coverage for the destruction of the Restaurant Building in the July 29, 2017 fire.

52.     An actual controversy exists between Nautilus and Danville Hospitality, and by the terms and provisions of 28 U.S.C. § 2201, this Court is vested with the authority to declare the rights and liabilities of the parties hereto and to grant such further and other relief as may be necessary.

WHEREFORE, Plaintiff, Nautilus, respectfully prays that this Honorable Court:

a.  Determine and adjudicate the rights and liabilities of the parties hereto with respect to the 16-17 Policy;

b.  Find and declare that the Restaurant Building and the business personal property located therein are not covered property under the terms of the 16-17 Policy's Building and Personal Property Coverage Form;

c.  Find and declare that Nautilus has and had no duty under the 16-17 Policy to provide coverage for the destruction of the Restaurant Building and the business personal property located therein as a result of the July 29, 2017 fire; and

d.  Grant Nautilus such other and further relief that the Court deems proper under the facts and circumstances.

Respectfully submitted,

/s/ *Louis J. Manetti, Jr.*

Louis J. Manetti, Jr.
lmanetti@hinshawlaw.com
Hinshaw & Culbertson LLP
151 North Franklin Street
Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001

ATTORNEYS FOR NAUTILUS INSURANCE COMPANY

301865032v1 1001076